UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO
CASUALTY COMPANY,

                                Plaintiffs,         Docket No. 1:22-cv-02158-AMD-RLM

     -against-

TIME TO CARE PHARMACY, INC., MICHAEL
TABULOV, AND JOHN DOE NOS. "1" THROUGH
"5",

                               Defendants.
------------------------------------------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that all claims asserted in this action by Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company, against John Doe Nos. "1" through "5" are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: January 6, 2023

  RIVKIN RADLER LLP

 By: */s/     Jennifer Abreu*
       Michael A. Sirignano, Esq.
       Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556-0926
(516) 357-3000
*Counsel for Plaintiffs*